Jenelle Welling (CA SBN 209480)
jenelle@rdlaw.net
ROSSI DOMINGUE, LLP
3201 Danville Blvd., Suite 172
Alamo, California 94507
Telephone:    408.495.3900
Facsimile:    408.495.3901

Attorneys for Plaintiff Omnity Consulting, LLC
dba Harlem Shake (West 124th Street) and the Class

James Thompson (CA SBN 240979)
Connor J. Dopeso (CA SBN 339804)
CDopeso@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:  628.600.2250
Facsimile:  628.221.5828

Attorneys for Defendant DoorDash, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITY CONSULTING, LLC d/b/a HARLEM SHAKE (WEST 124TH STREET), individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DOORDASH, INC., <br><br> Defendant. | Case No. 4:24-cv-00959-JSW <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed:    February 16, 2024 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Plaintiff Omnity Consulting, LLC d/b/a Harlem Shake (West 124th Street) ("Omnity") and Defendant DoorDash, Inc. ("DoorDash"), by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of this action. The parties have executed a settlement agreement resolving all issues. Each party is to bear its own costs, expenses, and attorneys' fees.

THEREFORE, the parties respectfully request that this Court dismiss this case with prejudice.

**SO STIPULATED.**

Dated:  **December 20, 2024**

 *s/ Jenelle Welling*

Jenelle Welling (CA SBN 209480)
jenelle@rdlaw.net
Rossi Domingue, LLP
3201 Danville Blvd., Suite 172
Alamo, California 94507
Telephone: 408.495.3900
Facsimile: 408.495.3901
Attorneys for Plaintiff Omnity Consulting, LLC dba Harlem Shake (West 124th Street) and the Class

Dated:  **December 20, 2024**

 *s/ Connor J. Dopeso*

James Thompson (CA 240979)
Connor J. Dopeso (CA 339804)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: jthompson@beneschlaw.com
Email: cdopeso@beneschlaw.com
Attorneys for Defendant DoorDash, Inc.

## <u>SIGNATURE ATTESTATION</u>

In accordance with Local Rule 5-1(i)(3), I, Connor J. Dopeso, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.


          *s/ Connor J. Dopeso*
          Connor J. Dopeso

**STIPULATED DISMISSAL WITH PREJUDICE**
**Case No. 4:24-cv-00959-JSW**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on **December 20, 2024**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

*s/ Connor J. Dopeso*

Connor J. Dopeso

**STIPULATED DISMISSAL WITH PREJUDICE**
**Case No. 4:24-cv-00959-JSW**